UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**STUART J. NORTH and CANICE NORTH,**<br><br>VS.<br><br>**BRISTOL-MYERS SQUIBB COMPANY, ASTRAZENECA PHARMACEUTICALS, LP, AND MCKESSON CORPORATION** | Master File No. 5:18-md-2809-KKC<br><br>HON. KAREN K. CALDWELL<br><br>**SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>Case No.: |

### SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Complaint and Jury Demand filed in the above-referenced case on November 19, 2018. (Dkt. 185.) This Short Form Complaint adopts all of the Master Complaint and Jury Demand's allegations and claims against all Defendants as if copied here *in extenso*.

Upon information and belief, Plaintiff(s) further allege(s) as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, Stuart J. North, is a resident and citizen of Kansas City, Missouri and claims damages as set forth below.

2. Plaintiff's Spouse, Canice North, is a resident and citizen of Kansas City, Missouri and claims damages as set forth below, specifically loss of consortium.

3. Plaintiff brings this action [*check the applicable designation*]:

   ☒ On behalf of [*himself/herself*];

4. State in which Plaintiff(s) allege(s) injury: Missouri.

5. Defendants:

   ☒ Bristol-Myers Squibb Company

   ☒ AstraZeneca Pharmaceuticals, LP

   ☒ McKesson Corporation

6. Jurisdiction is proper based upon diversity of citizenship.

7. The District Court in which remand for trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is the United States District Court for the Western District of Missouri.

## FACTUAL ALLEGATIONS

8. On or about February 2011, Dr. Wayne Letizia prescribed ONGLYZA to treat Plaintiff for type 2 diabetes.

9. During the time of usage of ONGLYZA Plaintiff was a resident and citizen of Kansas City, Missouri.

10. Neither Plaintiff nor Dr. Wayne Letizia knew or had reason to know that *ONGLYZA* could cause heart failure or congestive heart failure.

11. As a result of taking *ONGLYZA*, on or about March 2014, Plaintiff sustained severe and permanent injuries including, but not limited to, heart failure and/or congestive heart failure, as diagnosed by Dr. Sean E. Fulton at St. Joseph Medical Center in Kansas City, Missouri.

## ALLEGATIONS AS TO INJURIES

12. Plaintiff claims damages as a result of [*Check all that are applicable*]:

    ☒ Injury to self

    ☐ Injury to the person represented

    ☐ Wrongful death

    ☐ Survivorship action

    ☒ Economic loss

    ☒ Loss of consortium

13. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

14. The following claims and allegations are asserted by Plaintiff(s) in the Master Complaint (Dkt. 185) and are herein adopted by reference [*check all that are applicable*]:

    ☒ Count I – Strict Liability/Design Defect

    ☒ Count II – Negligence

    ☒ Count III – Strict Liability/Failure to Warn

    ☒ Count IV – Breach of Warranty of Merchantability

    ☒ Count V – Breach of Express Warranty

    ☒ Count VI – Breach of Implied Warranty

    ☒ Count VII – Violation of Consumer Protection Laws and/or Deceptive Trade Practices under the Law of the State of Missouri.

    ☒ Count VIII – Loss of Consortium

    ☐ Count IX – Survival Action

    ☐ Count X – Wrongful Death

☐ Count XI – Punitive Damages

☐ Count XII – Other _____

☐ Count XIII – Other _____

If Count XII or Count XIII is alleged, additional facts supporting the claim(s):

_____

_____

_____

_____

## **PRAYER FOR RELIEF**

Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Complaint and Jury Demand. (Dkt. 185.) Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: _____

Respectfully submitted,

/s/E. Samuel Geisler
E. Samuel Geisler
Florida Bar No.: 83817
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, Florida 32502
Tel: (850) 202-1010
Fax: (850) 772-9062
Email: SGeisler@awkolaw.com